Commonwealth *v.* Gagliardi, Jr., Petitioner.

Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*John F. X. Fenerty*, and *Bartolomeo, Baratta & Fenerty*, for appellant.

*James D. Crawford*, Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, January 9, 1970:

After considering the complete record in this case, it is our conclusion that the appellant is entitled to an evidentiary hearing in the trial court to determine the voluntariness of the confession introduced in evidence against him at trial.

Therefore, allocatur is granted; the orders of the Superior Court and the court of original jurisdiction are vacated; and the record is remanded for the proceedings before indicated.